## Margaret Cole, Appellant, v. Carl I. Glasgow et al., Appellees.

**Gen. No. 9,412.**

Heard in this court at the February term, 1944; opinion filed February 29, 1944. Dwight H. Doss, for appellant; Robt. P. Shonkwiler, for certain appellees; E. J. Hawbaker, *pro se*. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.

## Mary E. Hackett, Appellee, v. Glenn Hicks et al., Appellants.

**Gen. No. 9,392.**

Heard in this court at the February term, 1944; opinion filed February 29, 1944. T. J. Sullivan and Frank R. Sullivan, for appellants; Weaver & Jenkins, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.